BERKELEY HEIGHTS OFFICE
Three Connell Drive
Suite 6200
Berkeley Heights, NJ 07922-2775
908-790-1401
Fax 908-790-1486

WESTMONT OFFICE
Box 2222 - 216 Haddon Avenue
Westmont, NJ 08108-2886
856-858-7200
Fax 856-858-1017

PITTSBURGH OFFICE
310 Grant Street
Ste. 1500, The Grant Building
Pittsburgh, PA 15219-2203
412-281-4256
Fax 412-642-2380

# MARGOLIS EDELSTEIN
## Attorneys at Law

1509 Gilpin Avenue
Wilmington, DE 19806-3015

302-777-4680
Fax: 302-777-4682

PHILADELPHIA OFFICE
The Curtis Center
Fourth Floor
Independence Square West
Philadelphia, PA 19106-3004
215-922-1100
Fax 215-922-1772

SCRANTON OFFICE
409 Lackawanna Avenue
Scranton, PA 18503-2059
570-342-4231
Fax 570-342-4841

HARRISBURG OFFICE
3510 Trindle Road
Camp Hill, PA 17011-4439
717-975-8114
Fax 717-975-8124

March 7, 2005

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

RE: **Durant v. Perfect Care Nurses, Inc.**
**C.A. No. 04-1534(KAJ)**

Dear Judge Jordan:

Pursuant to our Scheduling Conference on February 25, 2005, I enclose the Scheduling Order for your review and signature.

Should you have any questions, please do not hesitate to contact us.

Respectfully yours,

**JEFFREY K. MARTIN**

JKM:cab

Encl.

cc: Clerk of the Court

cc: Christian J. Singewald, Esquire