**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1534 (KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 8th day of March 2005, true and correct copies of **Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) on behalf of Defendant, Perfect Care Nurses, Inc.,** were served upon counsel by first class mail, postage prepaid to the following individual:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

**WHITE AND WILLIAMS LLP**

By: _____

**CHRISTIAN J. SINGEWALD (#3542)**
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Attorney for Defendant

DOCS_DE 107128v1