IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1534 (KAJ) |
| | : | |
| v. | : | |
| | : | |
| PERFECT CARE NURSES, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 21st day of April, 2005, true and correct copies of **Defendant's First Request For Production Of Documents to Plaintiff,** were served upon counsel by first class mail, postage prepaid to the following individual:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

**WHITE AND WILLIAMS LLP**

By: _/s/ Chris Singewald_
**CHRISTIAN J. SINGEWALD (#3542)**
**MARC S. CASARINO (#3613)**
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN DURANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-1534 |
| v. | ) |
| | ) |
| PERFECT CARE NURSES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Christian J. Singewald, Esquire, certify that on this 21st day of April, 2005, two copies of the foregoing **Notice of Service** were delivered by regular U.S. mail, postage prepaid to the following named individuals:

> **Jeffrey K. Martin, Esquire**
> **Margolis Edelstein**
> **1509 Gilpin Avenue**
> **Wilmington, DE 19806**

WHITE AND WILLIAMS LLP

*/s/ Chris Singewald/*

**CHRISTIAN J. SINGEWALD (#3542)**
**MARC S. CASARINO (#3613)**
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Attorney for Defendant

DOCS_DE 109367v1