IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN DURANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-1534 |
| v. | ) |
| | ) |
| PERFECT CARE NURSES, INC. | ) |
| | ) JOINTLY ADMINISTERED |
| Defendant. | ) |
| | ) |

## RE-NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney for defendant will take the oral deposition under oath of Martin Durant on May 24, 2005, beginning at 2:00 p.m., at the offices of White and Williams LLP, 824 North Market Street, Suite 902, Wilmington, Delaware. You are invited to attend and participate.

**WHITE AND WILLIAMS LLP**

*/s/ Chris Singewald*

**CHRISTIAN J. SINGEWALD (#3542)**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 654-0424
Attorney for Defendant,
Perfect Care Nurses, Inc.

Dated: May 2, 2005

cc: Corbett & Associates

DOCS_DE 109696v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN DURANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-1534 |
| v. | ) |
| | ) |
| PERFECT CARE NURSES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Christian J. Singewald, Esquire, certify that on this 2nd day of May, 2005, two copies of the foregoing **Re-Notice of Deposition** were delivered by electronic filing and by first class mail, postage prepaid and to the following named individuals:

**Jeffrey K. Martin, Esquire**
**Margolis Edelstein**
**1509 Gilpin Avenue**
**Wilmington, DE 19806**

WHITE AND WILLIAMS LLP

*/s/ Chris Singewald*
_____
**CHRISTIAN J. SINGEWALD (#3542)**
**MARC S. CASARINO (#3613)**
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Attorney for Defendant,
Perfect Care Nurses, Inc.