IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN DURANT, : | |
| : | |
| Plaintiff, : | C.A. NO. 04-1534 (KAJ) |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, Esquire, do hereby certify that on May 19, 2005, I electronically filed the *Certificate of Service* to *Plaintiff's Responses to Defendant's First Request for Production of Documents* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Responses to Defendant's First Request for Production of Documents* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid, to the following:

Christian J. Singlewald, Esquire
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

                                                                               MARGOLIS EDELSTEIN

                                                                               */s/ Keri L. Morris*
                                                                              Jeffrey K. Martin, Esquire (#2407)
                                                                              Timothy J. Wilson (#4323)
                                                                              Keri L. Morris, Esquire (#4656)
                                                                              1509 Gilpin Avenue
                                                                              Wilmington, DE 19806
                                                                              (302) 777-4680
                                                                              (302) 777-4682 fax
                                                                              jmartin@margolisedelstein.com
                                                                              kmorris@margolisedelstein.com
                                                                              Attorneys for Plaintiff

Dated: May 19, 2005

-9-