IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-1534 (KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Keri L. Morris, do hereby certify that on June 1, 2005, I electronically filed the foregoing *Interim Status Report* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Interim Status Report* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid to the following:

Christian J. Singlewald, Esquire
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

                                            MARGOLIS EDELSTEIN

                                            /s/ Keri L. Morris
                                            Jeffrey K. Martin, Esquire (#2407)
                                            Keri L. Morris, Esquire (#4656)
                                            1509 Gilpin Avenue
                                            Wilmington, DE 19806
                                            (302) 777-4680
                                            (302) 777-4682 fax
                                            jmartin@margolisedelstein.com
                                            kmorris@margolisedelstein.com
                                            Attorneys for Plaintiff

Dated: June 1, 2005