

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
**1509 GILPIN AVENUE**
**WILMINGTON, DE 19806**
**302-777-4680**
**FAX 302-777-4682**

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

KERI L. MORRIS, ESQUIRE
kmorris@margolisedelstein.com

June 1, 2005

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 6325
Lock Box 10
Wilmington, DE 19801

    **RE:**    **Martin Durant v. Perfect Care Nurses, Inc.**
            **C.A. No. 04-1534(KAJ)**

Dear Judge Jordan:

    Per the Scheduling Order for the above-referenced matter, I have enclosed the Interim Status Report for your review.

                            Respectfully yours,

                            *Keri L. Morris*

                            **KERI L. MORRIS**

KLM:cab
Encl.
cc:    Clerk of the Court
cc:    Christian J. Singewald, Esquire
cc:    Mr. Martin Durant