IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN DURANT, | : |
| Plaintiff, | : C.A. NO. 04-1534 (KAJ) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on June 28, 2005, I electronically filed the *Certificate of Service* to *Plaintiff Martin Durant's First Set of Interrogatories Directed to Defendant Perfect Care Nurses, Inc.* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff Martin Durant's First Set of Interrogatories Directed to Defendant Perfect Care Nurses, Inc.* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid to the following:

Christian J. Singlewald, Esquire
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff Martin Durant

Dated: June 28, 2005