IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN DURANT, | : |
| | : |
| Plaintiff, | : C.A. NO. 04-1534 (KAJ) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : |
| | : |
| Defendant. | : |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES, Plaintiff, Martin Durant, by and through his counsel, and responds to Defendant's Motion for Partial Summary Judgment as follows:

1. Plaintiff does not oppose Defendant's motion for partial summary judgment.

2. Plaintiff does oppose Defendant's request for an award of all costs, expenses and any other relief that the Court deems appropriate. This matter could have been resolved by and between the parties without the Court's intervention, however the Defendant did not contact Plaintiff prior to the filing of this motion. Therefore, Plaintiff respectfully requests that the Court not award Defendant costs, expenses and any other relief regarding this instant motion for partial summary judgment.

MARGOLIS EDELSTEIN

*Keri L. Morris*
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff

Dated: September 15, 2005