IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN DURANT, | : |
| | : |
| Plaintiff, | : C.A. NO. 04-1534 (KAJ) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : |
| | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Motion for Partial Summary Judgment and Plaintiff's response thereto, IT IS HEREBY ORDERED this ____ day of _____, 2005 that:

1. Defendant's Motion for Partial Summary Judgment is GRANTED;

2. Defendant's request for an award of all costs, expenses and any other relief is DENIED and each party shall bear their own costs and expenses in relation to this Motion for Partial Summary Judgment.

_____
Honorable Kent A. Jordan