IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-1534 (KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, Esquire, do hereby certify that on September 15, 2005, I electronically filed *Plaintiff's Response to Defendant's Motion for Partial Summary Judgment* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Christian J. Singewald, Esquire
Marc S. Casarino, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

MARGOLIS EDELSTEIN

*Keri L. Morris*

Keri L. Morris, Esquire (DE #4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 – phone
(302) 777-4682 – fax
kmorris@margolisedelstein.com