IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1534 (KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF COMPLETION OF BRIEFING FOR
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. On August 31, 2005, Defendant, Perfect Care Nurses, Inc., filed its Motion for Partial Summary Judgment (DI 24).

2. On September 15, 2005, Plaintiff, Martin Durant, filed his Response to the Motion for Partial Summary Judgment (DI 27). Plaintiff does not oppose the substantive relief sought in the Motion for Partial Summary Judgment, but does oppose the Defendant's request for costs.

3. Defendant hereby waives its right to file a reply brief in support of the Motion for Partial Summary Judgment. Defendant also hereby waives its request for costs associated with the Motion for Partial Summary Judgment.

4. Accordingly, briefing is complete on the Motion for Partial Summary Judgment. There being no opposition to the substance of the Motion for Partial Summary Judgment, Defendant respectfully requests entry of an order in the form annexed hereto.

5. Defendant stands ready to discuss this matter at the convenience of the Court, as necessary.

-2-

                                    Respectfully submitted,

                                    **WHITE AND WILLIAMS LLP**

By:   */s/ Marc S. Casarino*
       Christian J. Singewald (Bar No. 3542)
       Marc S. Casarino (Bar No. 3613)
       824 N. Market Street, Suite 902
       P.O. Box 709
       Wilmington, DE 19899-0709
       (302) 467-4520
       (302) 467-4550 facsimile

Dated: September 19, 2005       Attorneys for *Perfect Care Nurses, Inc.*