-ii-

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1534 (KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered the Motion for Partial Summary Judgment (the "Motion") filed by Defendant, Perfect Care Nurses, Inc., and all responses thereto;

It is hereby ordered that the relief sought in the Motion is GRANTED;

It is hereby further ordered that each side is to bear its own costs associated with the Motion.

_____
Hon. Kent A. Jordan

Dated:

DOCS_DE 115909v1