IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1534 (KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire, certify that on this 19TH day of September, 2005, a copy of the foregoing **NOTICE OF COMPLETION OF BRIEFING FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was delivered by First Class Mail, postage prepaid, and by electronic filing to the following named individual:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

**WHITE AND WILLIAMS LLP**

By: */s/ Marc S. Casarino*
Christian J. Singewald (#3542)
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Attorneys for *Perfect Care Nurses, Inc.*