# White and Williams LLP



*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Marc S. Casarino*
*Direct Dial: 302.467.4520*
*Direct Fax: 302.467.4550*
*casarinom@whiteandwilliams.com*

September 20, 2005

**By Hand Delivery**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    RE:  **Martin Durant v. Perfect Care Nurses, Inc.**
         **C. A. No. 04-1534 (KAJ)**

Dear Judge Jordan:

    Enclosed please find courtesy copies of the following documents with respect to the above-referenced matter:

    1.    Defendant's Motion for Partial Summary Judgment;

    2.    Opening Brief in Support of Defendant's Motion for Partial Summary Judgment;

    3.    Appendix to Opening Brief in Support of Defendant's Motion for Partial Summary Judgment;

    4.    Plaintiff's Response to Defendant's Motion for Partial Summary Judgment; and

    5.    Notice of Completion of Briefing for Defendant's Motion for Partial Summary Judgment.

    Respectfully yours,

    WHITE AND WILLIAMS LLP

    By: *[signature]*
    Marc S. Casarino

MSC:kab
Enclosures

cc:    Jeffrey K. Martin, Esquire

*Allentown, PA • Berwyn, PA• Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 115919v1