# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Marc S. Casarino*
*Direct Dial: 302.467.4520*
*Direct Fax: 302.467.4550*
*casarinom@whiteandwilliams.com*

September 20, 2005

**Via Electronic Filing**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      RE: **Martin Durant v. Perfect Care Nurses, Inc.**
           **C. A. No. 04-1534 (KAJ)**

Dear Judge Jordan:

    I represent the Defendant, Perfect Care Nurses, Inc., in the above-referenced matter. Pending is our Motion for Partial Summary Judgment. Plaintiff does not oppose the substance of our summary judgment request, however, Plaintiff does oppose our request for costs. We waive our reply to the Motion for Summary Judgment and the request for costs.

    In this regard, we have recently filed a Notice of Completion of Briefing and request entry of an order granting our Motion for Partial Summary Judgment. We are available at the convenience of the Court to discuss, as necessary.

                                     Respectfully submitted,

                                     WHITE AND WILLIAMS LLP

                              By: /s/ Marc S. Casarino

MSC:kab

cc:   Jeffrey K. Martin, Esquire
       Christian J. Singewald, Esquire

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 115957v1