# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1534 KAJ |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, through the undersigned counsel and subject to approval by the Court, that the Complaint in this action by Martin Durant against Perfect Care Nurses, Inc. is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

MARGOLIS EDELSTEIN

By: _____
Jeffrey Martin (DE No. 2407)
1509 Gilpin Avenue
Wilmington, DE 19806

Dated:

WHITE AND WILLIAMS LLP

By: _____
Marc S. Casarino (Bar No. 3613)
824 N. Market Street, Suite 902
Wilmington, DE 19801

Dated: 1/27/06

- 13 -

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARTIN DURANT, | : | |
| Plaintiff, | : | C.A. No. 04-1534 (KAJ) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire, certify that on this 27th day of January, 2006, a copy of the foregoing **Stipulation of Dismissal** was delivered by First Class Mail, postage prepaid, and by electronic filing to the following named individual:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

WHITE AND WILLIAMS LLP

By: /s/ Marc S. Casarino
Christian J. Singewald (#3542)
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Attorneys for *Perfect Care Nurses, Inc.*